UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>    Defendant. | NO. CV 17-1811-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Defendants' motion to revoke Plaintiff's *in forma pauperis* status and dismiss the action is denied. Plaintiff's motion for leave to amend is denied.

    The case is referred back to Magistrate Judge for further proceedings.

DATED: February 25, 2019

                             GEORGE H. WU
                             United States District Judge