# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | NO. CV 17-1811-GW (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), the Objections and the Reply to the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss under Rule 12(b)(6) is GRANTED without leave to amend.

IT IS FURTHER ORDERED that judgment be entered dismissing this action without prejudice as to Defendant Estrada and with prejudice as to Defendant CDCR.

DATED: March 23, 2020

_____
GEORGE H. WU
United States District Judge