UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>    Defendant. | NO. CV 17-1811-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion to dismiss under Rule 12(b)(6) is GRANTED without leave to amend and this action is dismissed without prejudice as to Defendant Estrada and with prejudice as to Defendant CDCR.

DATED: March 23, 2020

_____
GEORGE H. WU
United States District Judge